UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Malik Edwards,

                              Plaintiff(s),

       -against-

C.O. Stevens, et al.,

                              Defendant(s).
-----------------------------------------------------------x

11 Civ. 7329 (PKC)

ORDER OF DISMISSAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-13

P. KEVIN CASTEL, U.S. District Judge:

       The Court having been advised that all claims asserted herein have been settled, it is

       **ORDERED,** that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated.  Any pending motions are moot. All conferences are vacated.

                                                               P. Kevin Castel
                                                               United States District Judge

Dated:   New York, New York
             January 4, 2013