```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-24-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MALIK EDWARDS, DIN# 00-A-6134,

                                    Plaintiff,

-against-

C.O. STEVENS, C.O. ROMERO, CAPT BAIRDI,
M.D. SINGA, CAPT JEAN,

                                  Defendants.
------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

11-CV-7329

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Malik Edwards
*Plaintiff* Pro Se
6 St. Nicholas Terrace
Apt. 1-1
New York, NY 10027

By: _____
    Malik Edwards
    *Plaintiff* Pro Se

Dated: New York, New York
       Jan 3rd, 2013
       1-24-13

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants Baiardi, Jean and Singa*
100 Church Street, Rm. 3-148
New York, New York 10007

By: _____
    Abt Uriel
    *Assistant Corporation Counsel*

SO ORDERED: _____

HON. P. Kevin Castel
UNITED STATES DISTRICT JUDGE